UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:11-cv-02447-JDW-EAJ

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

RENT A WHEEL, INC., a California corporation, d/b/a
RENT A WHEEL, and HYDE PARK INVESTMENTS,
INC., a Florida corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, KENDRICK E. DULDULAO, and Defendants, RENT A WHEEL, INC., a California corporation, d/b/a RENT A WHEEL, and HYDE PARK INVESTMENTS, INC., a Florida corporation, by and through their respective undersigned counsel, hereby notify this Court that settlement has been reached in the above styled case. The parties intend to file a Stipulation of Dismissal With Prejudice shortly hereafter.

Dated this 6th day of August, 2012.

Respectfully submitted,

By: _____
B. Bradley Weitz, Esq. (
THE WEITZ LAW FIRM, P.A.
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com
Attorney for Plaintiff

By: _____
Edward I. Zwilling, Esq.
Schwartz, Roller & Zwilling, LLP
600 Vestavia Parkway, Suite 251
Birmingham, Alabama 35216
Telephone: (205) 822-2701
Facsimile: (205) 822-2702
Email: ezwilling@szalaw.com
Attorney for Defendant,
Rent A Wheel, Inc., d/b/a Rent A Wheel

By: *[signature: Cathy Beveridge]*
Cathy J. Beveridge, Esq.
Fowler White Boggs
501 E Kennedy Blvd - Ste 1700 (33602)
PO Box 1438
Tampa, FL 33601-1438
Telephone: (813) 228-7411 ext: 1145
Facsimile: (813) 229-8313
Email: cbeveridge@fowlerwhite.com
Attorney for Defendant, Hyde Park Investments, Inc.

**SO ORDERED:**

_____
United States Magistrate Judge