UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENDRICK E. DULDULAO,

    Plaintiff,

vs.                                                   Case No. 8:11-CV-2447-T-27EAJ

RENT A WHEEL, INC., et al.,

    Defendants.
_____/

## ORDER

The parties have advised the Court that this action has been settled (Dkt. 31). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 15th day of August 2012.

                                                                    JAMES D. WHITTEMORE
                                                                    United States District Judge

Copies to: Counsel of Record